```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

GISELLA E. JURAK,

        Plaintiff,

v.                         Case No.  8:13-cv-2010-T-33KRS

CAROLYN COLVIN,
Commissioner of Social Security,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. # 23), filed on June 24, 2014, recommending that the Commissioner of Social Security's Motion to Dismiss (Doc. # 15) be denied.  As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 23) is **ACCEPTED** and **ADOPTED.**

(2) The Commissioner of Social Security's Motion to Dismiss (Doc. # 15) is denied.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of July, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: counsel and parties of record